S/I
FEE PAID

FILED
2024 FEB 16 AM 10: 16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___EEE___

ERIC USTIAN (*pro-se*)
612 Longfellow
Hermosa Beach, CA 90254
Telephone: (310) 497-0646

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ERIC USTIAN

    Plaintiff,

v.

DANIEL C. USTIAN     Defendant.

Case No. 2:24-cv-01294-SPG-MRWx

**PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT, EMBEZZLEMENT, CONVERSION, FRAUD, FRAUD BY WIRE, IDENTITY THEFT, FORGERY**

## COMPLAINT

For this complaint, Plaintiff, Eric Ustian alleges as follows:

### NATURE OF THE CASE

This action arises from the multiple breaches of contract by Daniel C. Ustian, along with allegations of fraud, identity theft, wire fraud, and also seeks civil damages from the fraudulent filing of tax returns and forgery.

Defendant's alleged fraud and conversion involves $180,000.00 in stolen funds from his son.

Page 1

In September of 2016, Plaintiff paid over $22,000.00 in federal income taxes on income that Daniel C. Ustian received in 2015. The income that was attributed to Plaintiff, was related to income from a business partnership between Daniel C. Ustian and the Plaintiff from 2012-2020.

Daniel C. Ustian received payment from the Company, "3D Safari Africa LLC" of $180,000.00 in 2014. The payment was made to Eric Ustian and Daniel C. Ustian.

Daniel C. Ustian forged Plaintiff's signature and deposited the payment in his personal checking account.

Daniel C. Ustian subsequently forged Plaintiff's signature on federal income tax forms and filed taxes without Plaintiff's knowledge that claimed the income on Plaintiff's 2015 taxes.

Plaintiff only became aware of these allegations on February 2, 2023, by way of a meeting with an IRS Supervisor in Long Beach, California.

## **PARTIES**

Eric Ustian is a member of multiple unions in the entertainment industry, and writer, director and producer of the feature film, "Most Guys are Losers." Eric Ustian is also the owner, founder and President of "Pier Avenue Films," the exclusive production company of the Picture, "Most Guys are Losers." Eric Ustian is a resident of the State of California.

Daniel C. Ustian is the former CEO of Navistar International Corporation, and currently the owner and operator of "Champions Gate Car wash," a car wash facility located near Orlando, Florida. Daniel C. Ustian is a resident of the State of Florida.

## JURISDICTION AND VENUE

This Court has jurisdiction of this action pursuant to 28 U.S.C. 1332(c)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest or costs, and is between citizens of different states.

Venue is proper in this District because although the claims in this complaint were part of current Federal Civil Lawsuit in this jurisdiction, the claims were part of a larger complaint in which portions of the claims were denied due to a Settlement Agreement between both parties on September 22, 2022.

The claims in this complaint are not connected to the current litigation between these parties. The claims in this complaint have never been brought before a Federal Court on their own, and the claims are not related to the Settlement Agreement between both parties in 2022.

A substantial part of the events or omissions giving rise to the action occurred in this district. 28 U.S.C. 1391(a)(2).

## FACTUAL ALLEGATIONS

### THE YEARS LONG SCHEME BY DANIEL C. USTIAN TO DEFRAUD HIS SON

The actions described below detail Daniel C. Ustian breached the terms of the operating agreement for the Company, 3D Safari Africa LLC, and demonstrate his history and propensity to defraud his son in business ventures that Defendant and Plaintiff were involved in.

### The 3D Safari Africa LLC Partnership

1. The first time that Plaintiff and Daniel C. Ustian became partners in a business was in 2012, with the formation of the Company, 3D Safari Africa LLC.

2. Daniel C. Ustian was the only investor in this Company.

3. Plaintiff was the Executive Producer on the television show related to this company, 3D Safari Africa.

4. Plaintiff's responsibilities for the Show was as the Director and Field Producer on location, in Kenya, Uganda, and Tanzania.

5. Plaintiff's income on the film was based in profit sharing. Plaintiff was contractually obligated to receive 33% of all profits from the Show.

6. Plaintiff has never received any income from the Show.

7. In 2013, the Show's rights were acquired by Level 33, a low tier distributor in the Entertainment business.

8. The first known time that Daniel C. Ustian filed Defendant's personal income taxes was in 2014, and Defendant claimed "capital gains" of $180,000.00 of his, as capital gains received by Plaintiff, despite Plaintiff never receiving those funds.

9. Daniel C. Ustian used Plaintiff's stolen identity to in 2014 file taxes on behalf of the Plaintiff, and he did so without consent of the Plaintiff, and he never informed the Plaintiff that he took such actions, even when Plaintiff inquired in June 2019.

10. During the years that Daniel C. Ustian stole Plaintiff's identity, and used the personal information gathered from his theft of Plaintiff's identity, Plaintiff was not required to file federal income taxes due to the fact that Plaintiff's income was below $12,000.00.

11. According to the fraudulent taxes filed by Defendant, a payment issued by Bridgeview Bank (which is not a payroll company and is the location of Daniel C. Ustian's personal checking account) was deposited for $180,000.00 into Defendant's personal checking account. That payment was associated with the Project, 3D Safari Africa LLC, a California based LLC.

12. Daniel C. Ustian deposited the entire $180,000.00 into his personal checking account and never informed Plaintiff of the existence of those funds.

13. In 2019, Plaintiff first informed Daniel C. Ustian of the abnormalities regarding Plaintiff being liable for the taxes related to the alleged capital gains of 3D Safari Africa.

14. Daniel C. Ustian denied being involved.

15. At a meeting in 2019 with a CPA at the accounting firm, Accudata, located in Hermosa Beach, California, Plaintiff was presented with the K1 tax forms related to the Company, 3D Safari Africa LLC. Plaintiff was also presented with the tax filings associated with that Company.

16. In 2019, Plaintiff presented Daniel C. Ustian with the documents that Plaintiff obtained from Accudata.

17. The documents showed- that although Plaintiff was listed as a 33% owner in the Company, and although $180,000.00 was being claimed as capital gains income from the Company, Plaintiff never received any of the capital gains income.

18. The documents presented to Defendant in 2019 showed that the only partner in the business that was claiming income was the Plaintiff, while Defendant was claiming "losses."

19. In 2019, a lien was placed on the bank account of the Plaintiff's.

20. This was the first time that Plaintiff was made aware that the IRS was seeking payment from the capital gains of the Company.

21. The Plaintiff informed Daniel C. Ustian of the fraud.

22. Daniel C. Ustian denied any involvement in the Fraud, despite being the only individual with the access to Plaintiff's personal information, and despite Defendant being the person directing all actions of the Company related to payments received

and tax filings.

23. Plaintiff is not an accountant and has no expertise or experience in accounting.

24. Daniel C. Ustian has extensive experience in accounting practices, and has been accused of tax fraud associated with Companies that he Managed for decades.

25. In 2021, under a cloak of darkness, Daniel C. Ustian filed documents with federal agencies that changed the status of Plaintiff's association with the Company.

26. Daniel C. Ustian never informed Plaintiff of the changes to the structure of the LLC.

27. The changes to the structure of the LLC were designed to place the tax liability of the Company onto the liability of the Plaintiff's.

28. The changes to the structure of the LLC were unlawful and a breach of the terms of the operating agreement associated with the Company.

29. The first time Plaintiff learned of these changes was in February 2023.

30. On February 2nd, 2023, Plaintiff was presented documents from the IRS that illustrated the alleged fraud.

31. Plaintiff provided the documents related to the fraud allegations for 3D Safari Africa LLC to Defendant in February 2023.

32. Defendant did not deny the allegations.

33. Defendant was given the opportunity to meet with Plaintiff, Plaintiff's CPA, and meet with the Supervisor at the IRS handling the complaint filed. Defendant did not deny the allegations, and he and his lawyer did not engage.

34. In February 2023, Plaintiff filed formal complaints of identity theft and fraud with the IRS related to the incidents described above and further detailed in this Complaint, and Plaintiff submitted signed Affidavits supporting Plaintiff's claims.

## FIRST CLAIM FOR RELIEF

### (Breach of Contract in Writing)

In 2012, Plaintiff and Defendant entered into a contract and signed an operating agreement related to the Company, "3D Safari Africa LLC." The operating agreement stated that Plaintiff would receive funds received for the sale of "Jillian's Travels," "3D Safari Africa," and "Living Large," all television shows that received income. Plaintiff never received any income from this company due to Daniel C. Ustian's breach of the contract and operating agreement.

## SECOND CLAIM FOR RELIEF

### 5 U.S. Code 8466a

### (Embezzlement or Conversion of Payments)

Plaintiff incorporates the aforementioned claims related to claims of embezzlement and Conversion of payments.

## THIRD CLAIM FOR RELIEF

### 26 U.S. Code 7434

### (Civil Damages For Fraudulent Filing of Information Returns)

Plaintiff paid the taxes of income received by Daniel C. Ustian.

The payment made by Plaintiff to the IRS in 2019, totaled over $22,000.00.

Defendant allegedly used Plaintiff's forged signatures on at least two IRS forms, and at least one form to a financial institution between the years 2014 to 2020.

## FOURTH CLAIM FOR RELIEF

### 18 U.S.C. 1343, 18 U.S.C. 1341, 18 U.S.C. 1349

### (Fraud by Wire and Fraud)

Plaintiff first notified Defendant of the alleged fraud against the Plaintiff related to 3D Safari Africa LLC in 2019. At that time, Daniel C. Ustian misrepresented the facts and his acts were intentional and negligent.

In an email sent by Defendant to Plaintiff in October of 2019, Defendant stated, "You don't know the facts," when Plaintiff was inquiring about the missing income and alleged conversion of funds directed to the Plaintiff. At the time that Daniel C. Ustian made this statement, the facts were that he had already cashed payment of $180,000.00, used Plaintiff's forged signature to file fraudulent taxes, already breached the terms of the operating agreement by changing the structure of the Company without notifying Company members, and that Daniel C. Ustian knew why the IRS was freezing the bank account of Plaintiff - it was because Daniel C. Ustian had filed Plaintiff's taxes years earlier, and claimed the income from the Company to be income received by Plaintiff, when in fact, Daniel C. Ustian had deposited that income by once again forging the signature of Plaintiff's on banking documents from Bridgeview Bank, in Woodridge, Illinois.

In October of 2019, after meeting with multiple CPA's regarding this improper tax burden being placed on him, Plaintiff was informed that Daniel C. Ustian was the Manager of the Company and directed the alleged unlawful acts related to tax forms filed on behalf of the Company, and fraudulently filed on behalf of the Plaintiff, as an individual.

In an email sent to Defendant by Plaintiff in October of 2019, Daniel C. Ustian, when asked about his involvement in the alleged fraud, stated, "That's California. Drain the swamp."

Plaintiff views the innate trust a son has in a father as a reason why at the time, Plaintiff believed that Daniel C. Ustian couldn't have been involved in a scheme to defraud his own family. Years later, Plaintiff would discover otherwise.

## FIFTH CLAIM FOR RELIEF

## 18 U.S.C. 1028

## (Federal Identity Theft)

Plaintiff incorporates the aforementioned claims related to multiple instances of Daniel C. Ustian stealing Plaintiff's identity as a means to commit his alleged fraud.

## SIXTH CLAIM FOR RELIEF

## 18 U.S.C. 471

## (Forgery)

Plaintiff alleges at least three circumstances directly related to Daniel C. Ustian and his dealings with the company, 3D Safari Africa LLC.

1) Plaintiff claims Daniel C. Ustian forged Plaintiff's signature on K1 Forms submitted to the IRS in the years 2014 and 2015.

2) Plaintiff claims Daniel C. Ustian used Plaintiff's forged signature on banking documents submitted to Bridgeview Bank in 2015 and 2020.

3) Plaintiff claims Daniel C. Ustian used Plaintiff's forged signature to deposit funds into his personal checking account.

4) Plaintiff claims Daniel C. Ustian used Plaintiff's forged signature in business documents related to the structure of the company in 2012, 2014 and 2015.

## PRAYER FOR RELIEF

1. For compensatory damages of $180,000.00, the amount of the payment from the company directed to Plaintiff that Daniel C. Ustian deposited in his personal checking account.

2. For compensatory damages of $22,956.00, the amount of taxes paid by Plaintiff to the IRS for income that Defendant received.

3. For punitive damages of $340,00.00.

4. For prejudged interest on such sums as decided by the Court.

Eric Ustian
Plaintiff, pro se

Dated:   02/04/24