UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 24-01294-SPG-MRW | Date: | June 24, 2024 |
| Title: | Eric Ustian v. Daniel C. Ustian | | |

Present: The Honorable **SHERILYN PEACE GARNETT, United States District Judge**

Patricia Gomez
Deputy Clerk

Court Reporter

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

**Proceedings:**    OSC Discharge / Case closed JS-6

The Court is in receipt of Plaintiff's response to the Court's order to show cause (OSC) why sanctions should not be imposed. The Court discharges the OSC.

In light, of the Court's order filed at docket no. [16], the case is closed.

CV-90 (12/02)    CIVIL MINUTES - GENERAL    00 : 00
Initials of Deputy Clerk PG